Certificate Number: 05781-TXS-DE-041218020

Bankruptcy Case Number: 26-34962



05781-TXS-DE-041218020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 11:27 o'clock AM PDT, Earl Gammage Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:  July 17, 2026                By:   /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title:  President